UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14005-T/P-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES SAWYER,

    Defendant.
_____/

FILED by ___ D.C.
AUG - 5 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO CERTAIN VIOLATIONS AS SET FORTH IN THE SUPERSEDING PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a final evidentiary hearing on August 5, 2016, in respect to the pending Superseding Petition Alleging Violations of Supervised Release and this Court having convened a hearing, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on August 5, 2016 for a final evidentiary hearing in respect to the Superseding Petition Alleging Violations of Supervised Release alleging the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by refusing to submit to drug testing. On May 6, 2016, the defendant was instructed to submit to drug testing and failed to do so. |
| **Violation Number 2** | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On May 6, 2016, the defendant was instructed to report to the probation office on May 9, 2016, and he failed to report to submit a drug test as directed. |
| **Violation Number 3** | **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about February 2016, the defendant was terminated from employment with |

|  |  |
|---|---|
|  | ANA Carriers, 315 North 12th Street, Fort Pierce, Florida, and he failed to notify the probation office. |
| **Violation Number 4** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. The defendant's March and April, 2016, Monthly Supervision Reports contained false information regarding employment information, when in fact, evidence and statements from Albert Hayes with ANA Carriers indicate this to be false. |
| **Violation Number 5** | **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On June 6, 2016, the defendant was questioned regarding his current employment, and stated that he was currently employed with ANA Carriers, Fort Pierce, when in fact, evidence and statements provided by Albert Hayes, owner of ANA Carriers indicate this to be false. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violations Numbers 2 and 5 as set forth in the Superseding Petition. The government announced that it agreed to dismiss Violations Numbers 1, 3 and 4 of the Superseding Petition. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for parties agreed that the Court could take judicial notice of the facts set forth in the Superseding Petition Alleging Violations of Supervised Release and

the Memorandum from USPO Maghan to Judge Graham dated June 10, 2016. Therefore, this Court did take judicial notice of the facts set forth in that Memorandum and finds that it sets forth a sufficient factual basis to support the Defendant's admissions to Violations Numbers 2 and 5 as set forth in the Superseding Petition.

4. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 2 and 5 of the Superseding Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 2 and 5 as set forth in the Superseding Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of August, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Russell Killinger
AFPD Fletcher Peacock
U. S. Probation (USPO Maghan)
U. S. Marshal