```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 11-14005-TP-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JAMES SAWYER

        Defendant.
_____/

## ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on June 27, 2016.

Magistrate Judge Frank J. Lynch, held a Evidentiary Hearing and entered a Report and Recommendation on August 5, 2016 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of August, 2016.

                                                  _____
                                                  DONALD L. GRAHAM
                                                  UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Russell Kilinger, AUSA
        Fletcher Peacock, AFPD
        U. S. Probation
```